UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MALLORY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ODYSSEY HEALTHCARE OPERATING A, L.P., et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01624 DAD JLT<br><br>**ORDER CLOSING THE CASE AS TO HUMANA INC., GENTIVA HEALTH SERVICES (USA) LLC & GENTIVA CERTIFIED HEALTHCARE CORP. ONLY**<br><br>(Doc. 6) |

The parties have stipulated to certain defendants being dismissed from the case without prejudice. (Doc. 6) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Accordingly, the Court **ORDERS**:

1. The action is CLOSED as to defendants Humana Inc., Gentiva Health Services (USA) LLC and Gentiva Certified Healthcare Corp. only and the Clerk of the Court is directed to close the case as to these defendants only.

IT IS SO ORDERED.

　　Dated: **January 22, 2020**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE