UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MALLORY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ODYSSEY HEALTHCARE OPERATING A, L.P.,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-01624-DAD-JLT<br><br>**[PROPOSED] ORDER CLOSING THE ACTION AS TO CERTAIN CLAIMS (Doc. 10)** |

**[PROPOSED] ORDER**

The parties have stipulated to certain causes of action being dismissed without prejudice. (Doc. 10) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Thus, the Court **ORDERS** the action closed as to:

　　1.　　Plaintiff's First Cause of Action for Retaliation in Violation of California Labor Code § 1102.5 raised against all named Defendants;

　　2.　　Plaintiff's Second Cause of Action for Retaliation in Violation of the California Labor Code, § 98.6 raised against all named Defendants; and

　　3.　　Plaintiff's Third Cause of Action for Wrongful Termination in Violation of

1

Public Policy raised against all named Defendants.

In all respects, the matter will remain open.

IT IS SO ORDERED.

Dated: **February 12, 2020**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE