# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MALLORY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ODYSSEY HEALTHCARE OPERATING A, L.P.,<br><br>　　　　Defendant. | Case No.: 1:19-cv-01624-DAD-JLT<br><br>ORDER DENYING STIPULATION TO STAY THE ACTION<br>(Doc. 16) |

About two weeks after the Court scheduled the case (Doc. 14), the parties filed this stipulation to stay the action to allow them to engage in private mediation. (Doc. 16) In the stipulation, they do not explain when the mediation will occur. Id. They ask only that the stay be lifted 14 days after they complete mediation and any negotiations that may occur afterward. Id. Thus, the Court has no information as to how long the stay will be in effect and, indeed, the obligation to report back to the Court is triggered only after the parties stop all efforts to negotiate a settlement. This inexactitude is insufficient. Thus, the stipulation is **DENIED.**

IT IS SO ORDERED.

　　Dated: __**March 12, 2020**__　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE