UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MALLORY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ODYSSEY HEALTHCARE OPERATING A, L. P., et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01624-DAD-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT; ORDER LIFTING STAY**<br><br>(Doc. 20) |

　　　The parties report they have settled the action and are working to finalize the settlement agreement. (Doc. 20) Thus, the Court **ORDERS**:

　　　1.　　The stay is LIFTED;

　　　2.　　The motion for approval of the PAGA settlement SHALL be filed no later than December 18, 2020;

　　　3.　　All deadlines, hearings and dates are VACATED.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　　Dated:　**September 24, 2020**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE