UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MALLORY, on behalf of herself, and as an "aggrieved employee" on behalf of other similarly situated "aggrieved employees" under the Labor Code Private Attorney General Act of 2004,<br><br>Plaintiff,<br><br>v.<br><br>ODYSSEY HEALTHCARE OPERATING A, L.P.,<br><br>Defendant. | No. 1:19-cv-01624-DAD-JLT<br><br>ORDER REMANDING ACTION TO THE KERN COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 22) |

On December 8, 2020, the parties stipulated to remand of this action to the Kern County Superior Court, where this action was originally filed. (Doc. No. 22.) Accordingly, and pursuant to the parties' stipulation, this action is remanded, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 11, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1